IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD GOODE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LOUIS GIORLA, et al. | : | NO. 13-CV-5603 |

**O R D E R**

**AND NOW**, this 29th day of September, 2015, **I HEREBY ORDER** that the motion for summary judgment filed by Defendant M. Satterfield (Doc. No. 30) is **GRANTED**. All claims against Defendant M.Satterfield are **DENIED WITH PREJUDICE** for the reasons discussed in the accompanying memorandum.

**IT IS FURTHER ORDERED** that judgment is entered in favor of Defendant M. Satterfield.

BY THE COURT:


/s J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.